## UNITED STATES COURT OF APPEALS

<u>**Filed 8/9/96**</u>

## TENTH CIRCUIT

---

DANNY CAMPBELL, SR.,

      Plaintiff - Appellant,

v.

RON WARD; KLINK, Case Manager,,

      Defendants - Appellees.

No. 96-6129
(D.C. No. CIV-95-1886)
(W. District of Oklahoma)

---

## ORDER AND JUDGMENT[*]

---

Before **SEYMOUR**, **KELLY** and **LUCERO**, Circuit Judges.

---

Appellant, Danny Campbell, appeals the district court's order denying his civil rights action under 28 U.S.C. § 1983.  We have considered the appellant's pro se brief.  We affirm for substantially the reasons set forth by the magistrate judge in her report and

---

[*]The case is unanimously ordered submitted without oral argument pursuant to the applicable rules.  This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel.  The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

recommendation dated December 22, 1995 and adopted by the district court on March 19, 1996.  The mandate shall issue forthwith.


ENTERED FOR THE COURT


Carlos F. Lucero
Circuit Judge